HUDSON P. ROSE, Respondent, v. WALTER E. ANDREWS, Appellant.

APPEAL from a determination of the General Term of the City Court of the city of New York, affirming a judgment of the Trial Term rendered on the verdict of a jury in favor of the plaintiff.

Charles P. Hallock, for appellant.

Oliver W. Beals, for respondent.

*Per Curiam.* We have carefully examined the record and find no reversible error. The questions involved were purely matters of fact, as to which the jury found in plaintiff's favor. The exceptions are without merit, and as to most of the objections sought to be raised on appeal, the defendant took neither objection nor exception.

Judgment and order appealed from affirmed, with costs.

Present: TRUAX, P. J., SCOTT and DUGRO, JJ.

Judgment and order affirmed, with costs.

---

MAGGIE ROMANOSKI, by Guardian, etc., Respondent, v. THE UNION RAILWAY Co., Appellant.

APPEAL from an order of the General Term of the City Court of the city of New York, modifying an order made at Special Term, granting plaintiff leave to amend the summons and complaint, and to serve a supplemental summons and complaint.

Hoadly, Lauterbach & Johnson (Leo J. Kersburg & Eugene Treadwell, of counsel), for appellant.

Willoughby B. Dobbs, for respondent.

*Per Curiam.*    Order appealed from reversed, with costs and motion denied, with ten dollars' costs to abide the event; on authority of Heffern v. Hunt, 8 App. Div. 585.

Present:    TRUAX, P. J., SCOTT and DUGRO, JJ.

Order reversed, with costs, and motion denied, with ten dollars' costs.